IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| JULIUS LOGAN | § | PLAINTIFF |
|---|---|---|
| v. | § | Civil No. 1:17cv29-HSO-JCG |
| MARSHALL FISHER, et al. | § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [53] of United States Magistrate Judge John C. Gargiulo, entered in this case on January 3, 2019. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [53], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 7th day of February, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE